| PROB 22 (Rev. 04/24) | | FILED CLERK, U.S. DISTRICT COURT 7/25/2024 CENTRAL DISTRICT OF CALIFORNIA BY: CDO DEPUTY | DOCKET NUMBER (Tran. Court) 3:18-cr-00533-RS |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER (Rec. Court) 2:24-cr-00454-JLS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Northern District of California | DIVISION Oakland |
|---|---|---|
| Stephen Silverman | NAME OF SENTENCING JUDGE The Honorable Richard Seeborg Chief United States District Judge | |
| Los Angeles, California | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/02/24 | TO 04/01/26 |

18 U.S.C. § 371 and 21U.S.C. §§ 331(t), 333(b)(1)(D), and 353(e)(1) Conspiracy to Engage in the Unlawful Wholesale Distribution of Drugs.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Silverman has no ties to the Northern District of California and will continue to reside in the Central District of California.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Northern_ DISTRICT OF _California_

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Central District of California_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/19/2024
_Date_                                  _United States District Judge_ (signed: Richard Seeborg)

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Central_ DISTRICT OF _California_

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/25/24
_Effective Date_                        _United States District Judge_ (signed: Dolly M. Gee)

Prepared by: 'cq