Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

**FILED**
CLERK, U.S. DISTRICT COURT

**8/2/2024**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MMC _____ DEPUTY

# U.S. District Court
## California Northern District (San Francisco)
## CRIMINAL DOCKET FOR CASE #: 3:18-cr-00533-RS-4

### 2:24-cr-00454-JLS-1

Case title: USA v. Ovasapyan et al

Date Filed: 11/01/2018

Date Terminated: 04/02/2024

Assigned to: Judge Richard Seeborg

**Defendant (4)**

**Stephen Silverman**
*TERMINATED: 04/02/2024*

represented by **Marcus Sean Bourassa**
McKenzie Scott PC
1350 Columbia Street
Suite 600
San Diego, CA 92101
619-794-0451
Fax: 619-202-7461
Email: mbourassa@mckenziescott.com
*TERMINATED: 06/05/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Timothy Allen Scott**
McKenzie Scott PC
1350 Columbia St.
Suite 600
San Diego, CA 92101-3455
619-794-0451
Fax: 619-202-7461
Email: tscott@mckenziescott.com
*TERMINATED: 06/05/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Patrick Richard Delahunty**
Delahunty & Edelman LLP
4 Embarcadero Center
Suite 1400
San Francisco, CA 94111
415-891-6215
Fax: 415891-6210
Email: pdelahunty@delawllp.com
*ATTORNEY TO BE NOTICED*

*Designation: Retained*

**Philip Kent Cohen**
100 Wilshire Boulevard
Suite 1845
Santa Monica, Ca 90401
310 451 9111
Fax: 310 451 9119
Email: pcohen@pcohenlaw.com
*TERMINATED: 04/06/2020*
*Designation: Retained*

| | |
|---|---|
| **Pending Counts** | **Disposition** |
| 18 U.S.C. § 371 Conspiracy to Engage in the Unlawful Wholesale Distribution of Drugs (3s) | Time served; supervised release two years. Special assessment $100.00; fine $20,000.00 |

**Highest Offense Level (Opening)**

Felony

| | |
|---|---|
| **Terminated Counts** | **Disposition** |
| 18 U.S.C. § 1349 Conspiracy to Commit Wire Fraud (1s) | |
| 18 U.S.C. § 1956(h) Conspiracy to Commit Laundering of Monetary Instruments (2s) | |

**Highest Offense Level (Terminated)**

Felony

| | |
|---|---|
| **Complaints** | **Disposition** |
| None | |

---

| | | |
|---|---|---|
| **Interested Party** | | |
| **Rediger Investment Mortgage Fund** | represented by | **David Scott Bartelstone** |
| | | Cunningham, Treadwell and Bartelstone |
| | | 21800 Oxnard St |
| | | Warner Center Towers Ste 840 |
| | | Woodland Hills, CA 91367 |
| | | (818) 348-1112 |
| | | Fax: (818) 340-6772 |
| | | Email: dbartelstone@ctblawoffices.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

---

**Interested Party**

| | |
|---|---|
| **East West Bank** | represented by **Kelli Madeleine Brown** |

Malcolm Cisneros, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
949-252-9400
Fax: 949-252-1032
Email: kbrown@mclaw.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Interested Party**

| | |
|---|---|
| **Evergreen Advantage, LLC** | represented by **Darlene Palaganas Hernandez** |

Geraci Law Firm
90 Discovery
Irvine, CA 92618
(949) 379-2600
Fax: (949) 379-2610
Email: d.hernandez@geracillp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Marisol Antonio Nagata**
Geraci Law Firm
90 Discovery
Irvine, CA 92618
949-748-3791
Email: mnagata@ghidottiberger.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Andrew Frederick Dawson** |

U.S. Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
(415) 436-7019
Email: Andrew.Dawson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Alexandra Shepard**
United States Attorneys Office
450 Golden Gate Avenue, 9th Floor

San Francisco, CA 94102
(415) 436-6767
Email: alexandra.shepard@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Donovan Miguel McKendrick**
DOJ-USAO
United States Attorney's Office
450 Golden Gate Avenue
9th Floor
San Francisco, CA 94102-3495
415-203-4014
Fax: 415-436-7234
Email: donovan.mckendrick@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Gregg William Lowder**
U. S. Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
(415) 436-7044
Fax: (415) 436-7234
Email: gregg.lowder@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Joseph Friedman Tartakovsky**
U.S. Attorney's Office, Northern District of
California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
(415) 436-7320
Email: joseph.tartakovsky@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Maya Beth Karwande**
United States Attorney's Office
Northern District of California
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
Email: maya.karwande@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2019 | 54 | Sealed Document (mjj2S, COURT STAFF) (Filed on 9/10/2019) (Entered: 09/10/2019) |
| 09/10/2019 | 56 | Sealed Document (mjj2S, COURT STAFF) (Filed on 9/10/2019) (Entered: 09/11/2019) |
| 09/10/2019 | 57 | Sealed Document (mjj2S, COURT STAFF) (Filed on 9/10/2019) (Entered: 09/11/2019) |

| 09/12/2019 | | Set/Reset Hearing as to Defendant Stephen Silverman : Initial Appearance and Arraignment on Superseding Indictment 51 set for 9/17/2019 10:30 AM in San Francisco, Courtroom G, 15th Floor before Magistrate Judge Joseph C. Spero. (klhS, COURT STAFF) (Filed on 9/12/2019)9/11/19: placed on calendar by AUSA Andrew Dawson. (Entered: 09/12/2019) |
| --- | --- | --- |
| 09/13/2019 | 58 | STIPULATION WITH PROPOSED ORDER as to Lorik Papyan, Stephen Silverman *[Protective Order]* filed by USA. (Dawson, Andrew) (Filed on 9/13/2019) (Entered: 09/13/2019) |
| 09/13/2019 | 59 | **ORDER granting 58 Stipulation for Protective Order re Discovery as to Lorik Papyan (3), Stephen Silverman (4). Signed by Judge Richard Seeborg on 9/13/19. (cl, COURT STAFF) (Entered: 09/13/2019)** |
| 09/16/2019 | 60 | NOTICE *(Recorded Notice of Pendency of Action (Lis Pendens) as to Real Property and Improvements located at 10430 Wilshire Blvd., Apt 1901, Los Angeles, CA 90024)* by USA as to Edvin Ovasapyan, Hakob Kojoyan, Edvin Papian, Lorik Papyan, Stephen Silverman (Lowder, Gregg) (Filed on 9/16/2019) (Entered: 09/16/2019) |
| 09/16/2019 | 61 | CLERK'S NOTICE SCHEDULING STATUS HEARING as to Stephen Silverman. Status Conference set for 9/17/2019 at 02:30 PM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Filed on 9/16/2019) (Entered: 09/16/2019) |
| 09/17/2019 | | Attorney update in case as to Stephen Silverman. Attorney Philip Kent Cohen for Stephen Silverman added. (klhS, COURT STAFF) (Filed on 9/17/2019) (Entered: 09/17/2019) |
| 09/17/2019 | 64 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Spero: Initial Appearance as to Stephen Silverman held on 9/17/2019; Arraignment as to Stephen Silverman (4) Count 1,2,3 held on 9/17/2019; Plea entered by Stephen Silverman (4): Not Guilty on counts 1,2,3. Status Conference set for 9/17/2019 at 02:30 PM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. FTR Time 11:02-11:11. Plaintiff Attorney: Andrew Dawson. Defendant Attorney: Philip cohen. Pretrial Officer: Ana Mendoza/Tim Elder. Defendant Present: Yes. Defendant In Custody: No. (mjj2S, COURT STAFF) (Filed on 9/17/2019) (Entered: 09/17/2019) |
| 09/17/2019 | 65 | **ORDER Setting Conditions of Release Bond Entered as to Stephen Silverman in amount of $ 350,000, (mjj2S, COURT STAFF) (Filed on 9/17/2019) (Entered: 09/17/2019)** |
| 09/17/2019 | 66 | Minute Entry for proceedings held before Judge Richard Seeborg: Status Conference as to Hakob Kojoyan, Lorik Papyan, Stephen Silverman held on 9/17/2019. Status Conference set for 2/25/2020 at 02:30 PM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. Total Time in Court 6 minutes. Court Reporter: Ruth Levine Ekhaus. (cl, COURT STAFF) (Filed on 9/17/2019) (Entered: 09/18/2019) |
| 09/20/2019 | 67 | STIPULATION WITH PROPOSED ORDER as to Stephen Silverman *re: Bond Modification*. (Attachments: # 1 Proposed Order Re: Bond Modification)(Cohen, Philip) (Filed on 9/20/2019) (Entered: 09/20/2019) |
| 09/23/2019 | 68 | **Order, signed 9/23/19, by Chief Magistrate Judge Joseph C. Spero granting 67 Stipulation re: Bond Modification as to Stephen Silverman (4).(klhS, COURT STAFF) (Filed on 9/23/2019) (Entered: 09/23/2019)** |
| 09/25/2019 | 70 | Proposed Order by USA as to Hakob Kojoyan, Lorik Papyan, Stephen Silverman *EXCLUDING TIME* (Dawson, Andrew) (Filed on 9/25/2019) (Entered: 09/25/2019) |

| 09/25/2019 | 72 | **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM SEPTEMBER 17, 2019 THROUGH FEBRUARY 25, 2020 as to Hakob Kojoyan, Lorik Papyan, Stephen Silverman re 70 Proposed Order filed by USA. Signed by Judge Richard Seeborg on 9/25/19. (cl, COURT STAFF) (Filed on 9/25/2019) (Entered: 09/25/2019)** |
|---|---|---|
| 10/03/2019 | 73 | Sealed Document (lskS, COURT STAFF) (Filed on 10/3/2019) (Entered: 10/04/2019) |
| 10/03/2019 | 74 | Sealed Document (lskS, COURT STAFF) (Filed on 10/3/2019) (Entered: 10/04/2019) |
| 10/08/2019 | 75 | Sealed Document (mjj2S, COURT STAFF) (Filed on 10/8/2019) (Entered: 10/09/2019) |
| 10/18/2019 | 78 | Sealed Document (mjj2S, COURT STAFF) (Filed on 10/18/2019) (Entered: 10/21/2019) |
| 11/12/2019 | 79 | STIPULATION WITH PROPOSED ORDER as to Stephen Silverman *re international Travel*. (Attachments: # 1 Proposed Order)(Cohen, Philip) (Filed on 11/12/2019) (Entered: 11/12/2019) |
| 11/15/2019 | 80 | NOTICE *of Withdrawal of Request for International Travel* by Stephen Silverman re 79 STIPULATION WITH PROPOSED ORDER as to Stephen Silverman *re international Travel* (Cohen, Philip) (Filed on 11/15/2019) (Entered: 11/15/2019) |
| 12/09/2019 | 82 | Arrest Warrant Returned Executed on 9/10/2019 as to Stephen Silverman. (jlgS, COURT STAFF) (Filed on 12/9/2019) (Entered: 12/10/2019) |
| 01/30/2020 | 84 | Sealed Document (mjj2S, COURT STAFF) (Filed on 1/30/2020) (Entered: 01/30/2020) |
| 02/19/2020 | 85 | STIPULATION WITH PROPOSED ORDER as to Hakob Kojoyan, Lorik Papyan, Stephen Silverman filed by Lorik Papyan. (Attachments: # 1 Proposed Order)(Kessel, Alex) (Filed on 2/19/2020) (Entered: 02/19/2020) |
| 02/19/2020 | 86 | **STIPULATION AND ORDER RE 85 CONTINUING STATUS CONFERENCE AND EXCLUDING TIME as to Hakob Kojoyan, Lorik Papyan, Stephen Silverman. Status Conference previously set for 2/25/2020 has been continued to 5/26/2020 at 02:30 PM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. Signed by Judge Richard Seeborg on 2/19/2020. (cl, COURT STAFF) (Filed on 2/19/2020) (Entered: 02/19/2020)** |
| 04/06/2020 | 87 | Ex Parte MOTION to Substitute Attorney by Stephen Silverman. (Attachments: # 1 Proposed Order)(Scott, Timothy) (Filed on 4/6/2020) (Entered: 04/06/2020) |
| 04/06/2020 | 88 | **ORDER granting 87 Motion to Substitute Attorney as to Stephen Silverman (4). Signed by Judge Richard Seeborg on 4/6/2020. (cl, COURT STAFF) (Entered: 04/06/2020)** |
| 04/06/2020 | 89 | STIPULATION WITH PROPOSED ORDER as to Stephen Silverman filed by USA. (Dawson, Andrew) (Filed on 4/6/2020) (Entered: 04/06/2020) |
| 04/06/2020 | 90 | **ORDER granting 89 Stipulation for Protective Order re: Discovery as to Stephen Silverman (4). Signed by Judge Richard Seeborg on 4/6/2020. (cl, COURT STAFF) Modified on 4/7/2020 (cl, COURT STAFF). (Entered: 04/06/2020)** |
| 05/06/2020 | 91 | STIPULATION WITH PROPOSED ORDER as to Hakob Kojoyan, Lorik Papyan, Stephen Silverman filed by USA. (Dawson, Andrew) (Filed on 5/6/2020) (Entered: 05/06/2020) |
| 05/06/2020 | 92 | **STIPULATION AND ORDER RE 91 TO CONTINUE STATUS HEARING as to Hakob Kojoyan, Lorik Papyan, Stephen Silverman. Status Conference previously set for 5/26/2020 has been continued to 6/30/2020 at 02:30 PM in San Francisco,** |

| | | |
|---|---|---|
| | | **Courtroom 03, 17th Floor before Judge Richard Seeborg. Signed by Judge Richard Seeborg on 5/6/2020. (cl, COURT STAFF) (Filed on 5/6/2020) (Entered: 05/06/2020)** |
| 05/22/2020 | 93 | CLERK'S NOTICE CONVERTING STATUS HEARING SCHEDULED FOR JUNE 30, 2020 AT 2:30 PM TO BE HELD TELEPHONIC as to Hakob Kojoyan, Lorik Papyan, Stephen Silverman. Status Conference set for 6/30/2020 at 02:30 PM before Judge Richard Seeborg. <br><br> **AT&T LINE:1-888-684-8852** <br> **Access Code:9302043** <br><br> *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Filed on 5/22/2020) (Entered: 05/22/2020) |
| 06/30/2020 | 94 | Minute Entry for proceedings held before Judge Richard Seeborg: Status Conference as to Hakob Kojoyan, Lorik Papyan, Stephen Silverman held on 6/30/2020. Total Time in Court 10 minutes. Court Reporter: Marla Knox. (cl, COURT STAFF) (Filed on 6/30/2020) (Entered: 06/30/2020) |
| 06/30/2020 | | Set/Reset Hearing as to Lorik Papyan, Stephen Silverman Status Conference set for 10/6/2020 at 02:30 PM to be held telephonic before Judge Richard Seeborg. (cl, COURT STAFF) (Filed on 6/30/2020) (Entered: 06/30/2020) |
| 07/07/2020 | 97 | Proposed Order by USA as to Lorik Papyan, Stephen Silverman (Dawson, Andrew) (Filed on 7/7/2020) (Entered: 07/07/2020) |
| 07/13/2020 | 98 | **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM JUNE 30, 2020 THROUGH OCTOBER 6, 2020 as to Lorik Papyan, Stephen Silverman re 97 Proposed Order filed by USA. Signed by Judge Richard Seeborg on 7/13/2020. (cl, COURT STAFF) (Filed on 7/13/2020) (Entered: 07/13/2020)** |
| 08/06/2020 | 109 | Sealed Document. No NEF issued. (mjj2S, COURT STAFF) (Filed on 8/6/2020) (Entered: 08/06/2020) |
| 08/19/2020 | 111 | CLERKS NOTICE SETTING TELEPHONIC HEARING. Status Conference set for 10/6/2020 at 02:30 PM before Judge Richard Seeborg. <br><br> This proceeding will be held by AT&T Conference Line. The court circulates the following conference number to allow the equivalent of a public hearing by telephone. <br><br> For conference line information, see: https://apps.cand.uscourts.gov/telhrg/ <br><br> All counsel, members of the public and press please use the following dial-in information below to access the conference line: <br><br> Dial In: 1-888-684-8852 <br><br> Access Code: 9302043 <br><br> The Court may be in session with proceedings in progress when you connect to the conference line. Therefore, mute your phone if possible and wait for the Court to address you before speaking on the line. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines. <br><br> PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court |

| | | |
|---|---|---|
| | | proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III.<br><br>Status Conference set for 10/6/2020 at 02:30 PM before Judge Richard Seeborg. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (clS, COURT STAFF) (Filed on 8/19/2020) (Entered: 08/19/2020) |
| 08/27/2020 | <u>115</u> | MOTION to Modify Conditions of Release *(Unopposed)* by Stephen Silverman. (Attachments: # <u>1</u> Declaration, # <u>2</u> Affidavit, # <u>3</u> Proposed Order, # <u>4</u> Certificate/Proof of Service)(Scott, Timothy) (Filed on 8/27/2020) (Entered: 08/27/2020) |
| 08/27/2020 | <u>118</u> | **Order, signed 8/27/2020, by Chief Magistrate Judge Joseph C. Spero granting <u>115</u> Unopposed Motion to Temporarily Modify Conditions of Release to Permit Travel and Release Passport as to Stephen Silverman (4).(klhS, COURT STAFF) (Filed on 8/27/2020) (Entered: 08/27/2020)** |
| 09/03/2020 | 121 | CLERK'S NOTICE CONTINUING STATUS HEARING as to Lorik Papyan, Stephen Silverman. Status Conference previously set for 10/6/2020 has been continued to 10/13/2020 at 02:30 PM before Judge Richard Seeborg to be held telephonic.<br><br>This proceeding will be held by AT&T Conference Line. The court circulates the following conference number to allow the equivalent of a public hearing by telephone.<br><br>For conference line information, see: https://apps.cand.uscourts.gov/telhrg/<br><br>All counsel, members of the public and press please use the following dial-in information below to access the conference line:<br><br>Dial In: 1-888-684-8852<br><br>Access Code: 9302043<br><br>The Court may be in session with proceedings in progress when you connect to the conference line. Therefore, mute your phone if possible and wait for the Court to address you before speaking on the line. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.<br><br>PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III.<br><br>Status Conference set for 10/13/2020 02:30 PM before Judge Richard Seeborg. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Filed on 9/3/2020) (Entered: 09/03/2020) |
| 09/14/2020 | <u>124</u> | Sealed Document. No NEF issued. (mjj2S, COURT STAFF) (Filed on 9/14/2020) (Entered: 09/14/2020) |
| 10/08/2020 | <u>130</u> | STIPULATION WITH PROPOSED ORDER as to Lorik Papyan, Stephen Silverman filed by USA. (Dawson, Andrew) (Filed on 10/8/2020) (Entered: 10/08/2020) |
| 10/09/2020 | <u>131</u> | **STIPULATION AND ORDER RE <u>130</u> TO VACATE STATUS CONFERENCE AND SET MOTION HEARING as to Lorik Papyan, Stephen Silverman. Motion Hearing/or Trial Setting set for 3/23/2021 at 02:30 PM before Judge Richard Seeborg. Signed by Judge Richard Seeborg on 10/9/2020. (clS, COURT STAFF) (Filed on 10/9/2020) (Entered: 10/09/2020)** |

| 11/04/2020 | [134](#) | Verified Petition of Claim and and Lienholder Rediger Investment Mortgage Fund Against Real Property Subject to Forfeiture w/Certificate of Searvice as to Edvin Ovasapyan, Hakob Kojoyan, Lorik Papyan, Stephen Silverman (mjj2S, COURT STAFF) (Filed on 11/4/2020) (Entered: 11/05/2020) |
|---|---|---|
| 11/10/2020 | [135](#) | NOTICE OF ATTORNEY APPEARANCE: Marcus Sean Bourassa appearing for Stephen Silverman (Attachments: # [1](#) Certificate/Proof of Service)(Bourassa, Marcus) (Filed on 11/10/2020) (Entered: 11/10/2020) |
| 11/10/2020 | [136](#) | MOTION to Modify Conditions of Release *(Unopposed)* by Stephen Silverman. (Attachments: # [1](#) Declaration, # [2](#) Affidavit, # [3](#) Proposed Order, # [4](#) Certificate/Proof of Service)(Bourassa, Marcus) (Filed on 11/10/2020) (Entered: 11/10/2020) |
| 11/10/2020 | [137](#) | **Order, signed 11/10/2020, by Chief Magistrate Judge Joseph C. Spero granting [136](#) Unopposed Motion to Modify Conditions of Release as to Stephen Silverman (4) to Permit Travel and Release of Passport. (klhS, COURT STAFF) (Filed on 11/10/2020) (Entered: 11/10/2020)** |
| 11/25/2020 | [141](#) | RESPONSE by East West Bank as to Edvin Ovasapyan, Hakob Kojoyan, Lorik Papyan, Stephen Silverman 103 MOTION for Forfeiture of Property *(Application of the United States for Preliminary Order of Forfeiture)* filed by USA *Verified Claim in Response to Application of the United States for a Preliminary Order of Forfeiture* (Brown, Kelli) (Filed on 11/25/2020) (Entered: 11/25/2020) |
| 12/09/2020 | [142](#) | NOTICE *AMENDED VERIFIED CLAIM OF LIENHOLDER EVERGREEN ADVANTAGE, LLC AGAINST REAL PROPERTY SUBJECT TO FORFEITURE* by Evergreen Advantage, LLC as to Edvin Ovasapyan, Hakob Kojoyan, Lorik Papyan, Stephen Silverman re 125 Notice (Other), (Attachments: # [1](#) Certificate/Proof of Service) (Nagata, Marisol) (Filed on 12/9/2020) (Entered: 12/09/2020) |
| 01/13/2021 | 143 | CLERKS NOTICE SETTING TELEPHONIC HEARING. Motion/Trial Setting Hearing set for 3/23/2021 at 02:30 PM in San Francisco, - Telephonic Only before Judge Richard Seeborg as to Lorik Papyan and Stephen Silverman.<br><br>This proceeding will be held by AT&T Conference Line. The court circulates the following conference number to allow the equivalent of a public hearing by telephone.<br><br>For conference line information, see: https://apps.cand.uscourts.gov/telhrg/<br><br>All counsel, members of the public and press please use the following dial-in information below to access the conference line:<br><br>Dial In: 1-888-684-8852<br><br>Access Code: 9302043<br><br>The Court may be in session with proceedings in progress when you connect to the conference line. Therefore, mute your phone if possible and wait for the Court to address you before speaking on the line. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.<br><br>PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III. |

| | | |
|---|---|---|
| | | *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (clS, COURT STAFF) (Filed on 1/13/2021) (Entered: 01/13/2021) |
| 02/03/2021 | [144](#) | STIPULATION WITH PROPOSED ORDER as to Stephen Silverman , *Lorik Papyan, & United States*. (Bourassa, Marcus) (Filed on 2/3/2021) (Entered: 02/03/2021) |
| 02/03/2021 | [145](#) | **STIPULATION AND ORDER TO CONTINUE as to Lorik Papyan, Stephen Silverman. Motion Hearing previously set for 3/23/2021 is continued to 6/22/2021 02:30 PM in San Francisco, - Telephonic Only before Judge Richard Seeborg.**<br><br>**This proceeding will be held by AT&T Conference Line. The court circulates the following conference number to allow the equivalent of a public hearing by telephone.**<br><br>**For conference line information, see: https://apps.cand.uscourts.gov/telhrg/**<br><br>**All counsel, members of the public and press please use the following dial-in information below to access the conference line:**<br><br>**Dial In: 1-888-684-8852**<br><br>**Access Code: 9302043**<br><br>**The Court may be in session with proceedings in progress when you connect to the conference line. Therefore, mute your phone if possible and wait for the Court to address you before speaking on the line. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.**<br><br>**PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III.**<br><br>**Signed by Chief Judge Richard Seeborg on 2/3/2021. (clS, COURT STAFF) (Filed on 2/3/2021) Modified on 2/3/2021 (clS, COURT STAFF). (Entered: 02/03/2021)** |
| 02/25/2021 | [146](#) | MOTION For Court Order Allowing Access to Property by Claimant Evergreen Advantage, LLC by Evergreen Advantage, LLC as to Edvin Ovasapyan, Hakob Kojoyan, Lorik Papyan, Stephen Silverman. Motion Hearing set for 4/6/2021 02:30 PM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. (Attachments: # [1](#) Supplement Memorandum of Points and Authorities in Support of Motion for Court Order Allowing Access to Property, # [2](#) Declaration of Dan Zuckerman, # [3](#) Exhibit 1-3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Proposed Order, # [7](#) Certificate/Proof of Service) (Hernandez, Darlene) (Filed on 2/25/2021) (Entered: 02/25/2021) |
| 03/05/2021 | [150](#) | **ORDER Granting [146](#) Motion to Access Subject Property as to Edvin Ovasapyan (1), Hakob Kojoyan (2), Lorik Papyan (3), Stephen Silverman (4) Signed by Chief Judge Richard Seeborg on 3/5/2021. (clS, COURT STAFF) (Entered: 03/05/2021)** |
| 03/09/2021 | [151](#) | Sealed Document. No NEF issued. (wsnS, COURT STAFF) (Filed on 3/9/2021) (wsnS, COURT STAFF). (Entered: 03/09/2021) |
| 03/09/2021 | [152](#) | Sealed Document. No NEF issued. (mjj2S, COURT STAFF) (Filed on 3/9/2021) (Entered: 03/09/2021) |

| 03/09/2021 | 153 | Sealed Document. No NEF issued. (mjj2S, COURT STAFF) (Filed on 3/9/2021) (Entered: 03/09/2021) |
|---|---|---|
| 04/12/2021 | 164 | CLAIM OF LIENHOLDER MARINA CITY CLUB CONDOMINIUM ASSOCIATION Against Real Property Subject to Forfeiture by Marina City Club Condominium Association. (Attachments: # 1 Exhibit 1, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(wsnS, COURT STAFF) (Filed on 4/12/2021) (Entered: 04/13/2021) |
| 05/11/2021 | 171 | MOTION to Dismiss , MOTION to Transfer by Stephen Silverman. Motion Hearing set for 6/22/2021 02:30 PM before Judge Richard Seeborg. (Attachments: # 1 Declaration) (Bourassa, Marcus) (Filed on 5/11/2021) (Entered: 05/11/2021) |
| 06/01/2021 | 172 | Memorandum in Opposition by USA as to Stephen Silverman re 171 MOTION to Dismiss MOTION to Transfer (Attachments: # 1 Declaration)(Dawson, Andrew) (Filed on 6/1/2021) (Entered: 06/01/2021) |
| 06/08/2021 | 173 | REPLY TO RESPONSE to Motion by Stephen Silverman re 171 MOTION to Dismiss MOTION to Transfer (Bourassa, Marcus) (Filed on 6/8/2021) (Entered: 06/08/2021) |
| 06/09/2021 | 174 | STIPULATION WITH PROPOSED ORDER as to Lorik Papyan, Stephen Silverman , & *United States* filed by Stephen Silverman. (Bourassa, Marcus) (Filed on 6/9/2021) (Entered: 06/09/2021) |
| 06/09/2021 | 175 | MOTION to Modify Conditions of Release *(Unopposed)* by Stephen Silverman. (Attachments: # 1 Declaration in Support, # 2 Affidavit of Surety, # 3 Proposed Order) (Bourassa, Marcus) (Filed on 6/9/2021) (Entered: 06/10/2021) |
| 06/10/2021 | 176 | **ORDER Granting 174 Stipulation to Continue Motion Hearing as to Lorik Papyan (3), Stephen Silverman (4). Signed by Judge Richard Seeborg on 6/10/2021. (clS, COURT STAFF) (Entered: 06/10/2021)** |
| 06/10/2021 | | Set/Reset Hearing as to Lorik Papyan, Stephen Silverman Motion Hearing set for 7/20/2021 at 02:30 PM in San Francisco, - Telephonic Only before Judge Richard Seeborg. (clS, COURT STAFF) (Filed on 6/10/2021) (Entered: 06/10/2021) |
| 06/10/2021 | 177 | **Order. Signed 6/10/2021 by Chief Magistrate Judge Joseph C. Spero granting 175 Motion to Modify Conditions of Release to Permit Travel and Release of Passport as to Stephen Silverman (4).(klhS, COURT STAFF) (Filed on 6/10/2021) (Entered: 06/10/2021)** |
| 06/23/2021 | 178 | CLERK'S NOTICE ADVANCING THE TIME ON MOTION HEARING as to Lorik Papyan, Stephen Silverman. Motion Hearing set for 7/20/2021 at 09:30 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (clS, COURT STAFF) (Filed on 6/23/2021) (Entered: 06/23/2021) |
| 07/15/2021 | 179 | **ORDER DENYING 171 DEFENDANT SILVERMAN'S MOTIONS TO DISMISS AND TO TRANSFER. Signed by Chief Judge Richard Seeborg on 7/15/2021. (rslc) (Filed 7/15/2021) (Entered: 07/15/2021)** |
| 07/19/2021 | 181 | CLERKS NOTICE SCHEDULING TRIAL SETTING CONFERENCE AND SETTING ZOOM HEARING AS TO STEPHEN SILVERMAN. Status Conference set for 8/10/2021 at 02:30 PM in San Francisco, - Videoconference Only before Judge Richard Seeborg. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/rs |

|  |  |  |
|---|---|---|
|  |  | **Genera l Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. |
|  |  | **Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/. |
|  |  | Status Conference set for 8/10/2021 02:30 PM in San Francisco, - Videoconference Only before Judge Richard Seeborg. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (clS, COURT STAFF) (Filed on 7/19/2021) (Entered: 07/19/2021) |
| 07/19/2021 |  | Set/Reset Hearing as to Defendant Stephen Silverman Trial Setting Hearing set for 8/10/2021 02:30 PM in San Francisco, - Videoconference Only before Judge Richard Seeborg. (clS, COURT STAFF) (Filed on 7/19/2021) (Entered: 07/19/2021) |
| 07/20/2021 | 182 | STIPULATION WITH PROPOSED ORDER as to Stephen Silverman *EXCLUDING TIME* filed by USA. (Dawson, Andrew) (Filed on 7/20/2021) (Entered: 07/20/2021) |
| 07/20/2021 | 183 | **ORDER Granting 182 Stipulation and Excluding Time as to Stephen Silverman (4). Signed by Judge Richard Seeborg on 7/20/2021. (clS, COURT STAFF) (Entered: 07/20/2021)** |
| 07/20/2021 | 184 | MOTION to Modify Conditions of Release *(Unopposed)* by Stephen Silverman. (Attachments: # 1 Declaration of Counsel, # 2 Affidavit of Surety, # 3 Proposed Order) (Bourassa, Marcus) (Filed on 7/20/2021) (Entered: 07/20/2021) |
| 07/21/2021 | 185 | **Order. Signed as modified on 7/21/2021 by Chief Magistrate Judge Joseph C. Spero granting 184 Unopposed Motion to Modify Conditions of Release to Permit Travel and Release of Passport as to Stephen Silverman (4).(klhS, COURT STAFF) (Filed on 7/21/2021) (Entered: 07/21/2021)** |
| 08/10/2021 | 189 | Minute Entry for proceedings held before Judge Richard Seeborg: Trial Setting Hearing as to Stephen Silverman held via Zoom on 8/10/2021 Total Time in Court 6 minutes. Court Reporter: Ana Dub. (clS, COURT STAFF) (Filed on 8/10/2021) (Entered: 08/10/2021) |
| 08/26/2021 | 192 | STIPULATION WITH PROPOSED ORDER as to Stephen Silverman *SETTING SCHEDULE AND EXCLUDING TIME* filed by USA. (Dawson, Andrew) (Filed on 8/26/2021) (Entered: 08/26/2021) |
| 08/26/2021 | 193 | **STIPULATION AND ORDER SETTING SCHEDULE AND EXCLUDING TIME as to Stephen Silverman. Jury Selection/Trial set for 6/13/2022 at 09:00 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. Motion Hearing set for 4/19/2022 at 09:30 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. Pretrial Conference set for 6/1/2022 at 10:00 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. Signed by Judge Richard Seeborg on 8/26/2021. (clS, COURT STAFF) (Filed on 8/26/2021) (Entered: 08/26/2021)** |
| 09/08/2021 | 194 | Sealed Document. No NEF issued. (mjj2S, COURT STAFF) (Filed on 9/8/2021) (Entered: 09/08/2021) |
| 12/22/2021 | 195 | NOTICE OF ATTORNEY APPEARANCE Alexandra Shepard appearing for USA. *NOTICE OF ADDITIONAL COUNSEL* (Shepard, Alexandra) (Filed on 12/22/2021) (Entered: 12/22/2021) |
| 02/08/2022 | 196 | MOTION to Modify Conditions of Release *(Unopposed)* by Stephen Silverman. (Attachments: # 1 Declaration of Counsel, # 2 Affidavit of Surety, # 3 Proposed Order) |

| | | (Bourassa, Marcus) (Filed on 2/8/2022) (Entered: 02/08/2022) |
|---|---|---|
| 02/09/2022 | 197 | **Order. Signed 2/9/2022 by Chief Magistrate Judge Joseph C. Spero granting 196 Unopposed Motion to Modify Conditions of Release to Permit Travel and Release Passport as to Stephen Silverman (4).(klh, COURT STAFF) (Filed on 2/9/2022) (Entered: 02/09/2022)** |
| 03/03/2022 | 198 | MOTION to Modify Conditions of Release *(Unopposed)* by Stephen Silverman. (Attachments: # 1 Declaration of Counsel, # 2 Declaration of Surety, # 3 Proposed Order) (Bourassa, Marcus) (Filed on 3/3/2022) (Entered: 03/03/2022) |
| 03/04/2022 | 199 | **ORDER granting 198 Motion to Modify Conditions of Release as to Stephen Silverman (4) for Travel to Spain between March 5, 2022 and March 14, 2022. Signed by Chief Magistrate Judge Joseph C. Spero on 3/4/2022. (klh, COURT STAFF) (Entered: 03/04/2022)** |
| 03/30/2022 | 201 | Second Superseding INDICTMENT as to Stephen Silverman (4) count(s) 1s, 2s, 3s. (lsk, COURT STAFF) (Filed on 3/30/2022) Modified on 3/30/2022 (lsk, COURT STAFF). (Entered: 03/30/2022) |
| 04/04/2022 | 202 | CLERK'S NOTICE VACATING MOTION HEARING as to Stephen Silverman. Motion hearing currently set for April 19, 2022 at 9:30 am is VACATED. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Filed on 4/4/2022) (Entered: 04/04/2022) |
| 04/05/2022 | 203 | MOTION to Modify Conditions of Release *(Unopposed)* by Stephen Silverman. (Attachments: # 1 Declaration of Counsel, # 2 Affidavit of Surety, # 3 Proposed Order) (Bourassa, Marcus) (Filed on 4/5/2022) (Entered: 04/05/2022) |
| 04/05/2022 | 204 | **Order/ Signed 4/5/2022 by Chief Magistrate Judge Joseph C. Spero granting 203 Unopposed Motion to Temporarily Modify Conditions of Release to Permit Travel and Release of Passport as to Stephen Silverman (4).(klh, COURT STAFF) (Filed on 4/5/2022) (Entered: 04/05/2022)** |
| 04/22/2022 | 209 | STIPULATION WITH PROPOSED ORDER as to Stephen Silverman *CONTINUING TRIAL DATE* filed by USA. (Shepard, Alexandra) (Filed on 4/22/2022) (Entered: 04/22/2022) |
| 04/22/2022 | 210 | **STIPULATION AND ORDER RE 209 CONTINUING TRIAL DATE AS TO STEPHEN SILVERMAN.**<br><br>**Jury Selection/Trial previously set for 6/13/2022 is CONTINUED TO 3/13/2023 at 09:00 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg.**<br>**Pretrial Conference previously set for 6/1/2022 is CONTINUED TO 2/22/2023 at 10:00 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg.**<br><br>**Signed by Judge Richard Seeborg on 4/22/2022. (cl, COURT STAFF) (Filed on 4/22/2022) (Entered: 04/22/2022)** |
| 04/29/2022 | 213 | MOTION to Modify Conditions of Release *(Unopposed)* by Stephen Silverman. (Attachments: # 1 Declaration of Counsel, # 2 Affidavit of Surety, # 3 Proposed Order) (Bourassa, Marcus) (Filed on 4/29/2022) (Entered: 04/29/2022) |
| 04/29/2022 | 214 | **ORDER granting 213 Motion to Modify Conditions of Release to Permit Travel and Release of Passport as to Stephen Silverman (4). Signed by Chief Magistrate Judge Joseph C. Spero on 4/29/2022. (klh, COURT STAFF) (Entered: 04/29/2022)** |

| 05/27/2022 | 216 | MOTION to Modify Conditions of Release *to Permit Travel* by Stephen Silverman. Motion Hearing set for 6/10/2022 10:30 AM before Magistrate Judge Joseph C. Spero. (Attachments: # 1 Declaration of Counsel, # 2 Affidavit of Surety, # 3 Exhibit A - Design Document Excerpts, # 4 Exhibit B - PTRA Questionnaire, # 5 Exhibit C - Research Article, # 6 Proposed Order)(Bourassa, Marcus) (Filed on 5/27/2022) (Entered: 05/27/2022) |
|---|---|---|
| 06/02/2022 | 218 | CLERKS NOTICE SETTING ZOOM HEARING.<br><br>Motion Hearing as to 216 MOTION to Modify Conditions of Release *to Permit Travel* specially set for 6/8/2022 04:00 PM PDT in San Francisco, - Videoconference Only before Chief Magistrate Judge Joseph C. Spero. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https ://www.cand.uscourts.gov/jcs<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text-only entry generat ed by the court. There is no document associated with this entry.)* (klh, COURT STAFF) (Filed on 6/2/2022) (Entered: 06/02/2022) |
| 06/03/2022 | 219 | RESPONSE to Motion by USA as to Stephen Silverman re 216 MOTION to Modify Conditions of Release *to Permit Travel UNITED STATES OPPOSITION TO DEFENDANTS MOTION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE* (Attachments: # 1 DECLARATION OF ALEXANDRA, # 2 Exhibit A) (Shepard, Alexandra) (Filed on 6/3/2022) (Entered: 06/03/2022) |
| 06/09/2022 | 220 | Minute Entry for Zoom proceedings held before Chief Magistrate Judge Joseph C. Spero: Motion Hearing as to Stephen Silverman held on 6/8/2022 re 216 MOTION to Modify Conditions of Release *to Permit Travel* filed by Stephen Silverman. Oral arguments were heard. Counsel shall meet and confer to discuss a replacement surety. Parties shall contact the clerk when they are ready to place the matter back on calendar for a bond hearing.<br><br>Digital Recording Time Zoom Webinar Time 4:08-4:32.<br>Plaintiff Attorney: Alexandra Shepard.<br>Defendant Attorney: Marcus Bourassa, retained.<br>Pretrial Officer: Tim Elder.<br>Defendant Present: Yes. By Zoom. Dft consents to proceeding by Zoom.<br>Defendant in Custody: No.<br>(klh, COURT STAFF) (Filed on 6/9/2022) (Entered: 06/09/2022) |
| 06/16/2022 | 221 | CLERKS NOTICE SETTING ZOOM HEARING.<br><br>Bond Hearing (surety signing) and continued Motion Hearing as to 216 MOTION to Modify Conditions of Release *to Permit Travel* set for 6/17/2022 11:30 AM in San Francisco, - Videoconference Only before Magistrate Judge Joseph C. Spero. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/jcs |

| | | |
|---|---|---|
| | | **General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedi ngs, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (klh, COURT STAFF) (Filed on 6/16/2022) (Entered: 06/16/2022) |
| 06/17/2022 | 223 | **Supplemental ORDER Setting Conditions of Release Bond Entered as to Stephen Silverman (lsk, COURT STAFF) (Filed on 6/17/2022) (Entered: 06/17/2022)** |
| 06/17/2022 | 224 | Minute Entry for Zoom proceedings held before Chief Magistrate Judge Joseph C. Spero: Bond Hearing (surety signinig) as to Stephen Silverman held on 6/17/2022. Priscila Vilchis substitutes as the new surety for Emma Murmuridis. Ms. Vilchis was admonished re: bond conditions and agreed to act as a surety. Ms. Vilchis verbally authorized the clerk to sign the supplemental bond signature form on her behalf. Motion Hearing as to Stephen Silverman not held on 6/17/2022 re 216 MOTION to Modify Conditions of Release *to Permit Travel* filed by Stephen Silverman. Mr. Bourassa will submit a revised order.<br><br>Total Time in Court 8 M.<br>Court Reporter: Belle Ball.<br>Plaintiff Attorney: Andrew Dawson.<br>Defendant Attorney: Marcus Bourassa, retained.<br>Pretrial Officer: Josh Libby.<br>Defendant Present: Yes. By Zoom video. Defendant consents to appearing by Zoom.<br>Defendant in Custody: No.<br>(klh, COURT STAFF) (Filed on 6/17/2022) (Entered: 06/17/2022) |
| 06/21/2022 | 225 | **ORDER Granting Motion for Temporary Modification of Defendant Stephen Silvermans Conditions of Release to Permit Travel and Release of Passport as to Stephen Silverman. Signed by Magistrate Judge Joseph C. Spero on 6/21/2022. (cl, COURT STAFF) (Filed on 6/21/2022) (Entered: 06/21/2022)** |
| 07/06/2022 | 226 | Letter from Alexandra Shepard, Assistant United States Attorney *LETTER BRIEF REGARDING THE PROPRIETY OF THE GOVERNMENTS CITATION TO AN EMAIL RELATING TO PLEA NEGOTIATIONS IN CONNECTION WITH A BAIL REVIEW HEARING* as to Stephen Silverman (Shepard, Alexandra) (Filed on 7/6/2022) (Entered: 07/06/2022) |
| 07/13/2022 | 228 | RESPONSE to Motion by USA as to Stephen Silverman re 219 Response to Motion, *UNITED STATES AMENDED OPPOSITION TO DEFENDANTS MOTION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE* (Shepard, Alexandra) (Filed on 7/13/2022) (Entered: 07/13/2022) |
| 08/03/2022 | 230 | NOTICE OF ATTORNEY APPEARANCE Joseph Friedman Tartakovsky appearing for USA. (Tartakovsky, Joseph) (Filed on 8/3/2022) (Entered: 08/03/2022) |
| 12/13/2022 | 233 | MOTION to Modify Conditions of Release by Stephen Silverman. Motion Hearing set for 12/16/2022 10:30 PM in San Francisco, - Videoconference Only before Magistrate Judge Joseph C. Spero. (Attachments: # 1 Declaration of Counsel in Support, # 2 Acknowledgment of Surety, # 3 Proposed Order)(Bourassa, Marcus) (Filed on 12/13/2022) (Entered: 12/13/2022) |

| | | |
|---|---|---|
| 12/13/2022 | | Electronic filing error. Corrected by Clerk's Office. No further action is necessary. Re: 233 MOTION to Modify Conditions of Release filed by Stephen Silverman Hearing set for incorrect time. Hearing time should be 10:30 AM, NOT 10:30 PM (klh, COURT STAFF) (Filed on 12/13/2022) (Entered: 12/13/2022) |
| 12/13/2022 | | Set/Reset Motion and Deadlines/Hearings as to Defendant Stephen Silverman re 233 MOTION to Modify Conditions of Release Motion Hearing set for 12/16/2022 10:30 AM in San Francisco, - Videoconference Only before Chief Magistrate Judge Joseph C. Spero. (klh, COURT STAFF) (Filed on 12/13/2022) (Entered: 12/13/2022) |
| 12/13/2022 | 234 | REPLY TO RESPONSE to Motion by USA as to Stephen Silverman re 233 MOTION to Modify Conditions of Release , RESPONSE to Motion by USA as to Stephen Silverman (Tartakovsky, Joseph) (Filed on 12/13/2022) (Entered: 12/13/2022) |
| 12/16/2022 | 235 | Minute Entry for Zoom proceedings held before Chief Magistrate Judge Joseph C. Spero: Motion Hearing as to Stephen Silverman held on 12/16/2022 re 233 MOTION to Modify Conditions of Release filed by Stephen Silverman. Motion Granted.<br><br>Total Time in Court 12 M.<br>Court Reporter: Debra Pas.<br>Attorney for Plaintiff: Joseph Tartakovsky<br>Attorney for Defendant: Marcus Bourassa, retained<br>Pretrial Officer: Pepper Friesen.<br>Defendant Present: Yes. By Zoom. Defendant consents to proceeding by Zoom.<br>Defendant in Custody: No.<br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (klh, COURT STAFF) (Filed on 12/16/2022) (Entered: 12/16/2022) |
| 12/16/2022 | 236 | **Order. Signed 12/16/2022 by Chief Magistrate Judge Joseph C. Spero granting 233 Motion to Modify Conditions of Release as to Stephen Silverman (4).(klh, COURT STAFF) (Filed on 12/16/2022) (Entered: 12/16/2022)** |
| 12/29/2022 | 237 | STIPULATION WITH PROPOSED ORDER as to Stephen Silverman *to Continue Trial*. (Bourassa, Marcus) (Filed on 12/29/2022) (Entered: 12/29/2022) |
| 12/29/2022 | 238 | **STIPULATION AND ORDER CONTINUING TRIAL as to Stephen Silverman.**<br><br>**Jury Selection previously set for 3/13/2023 is continued to 3/24/2023 at 09:00 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg.**<br><br>**Jury Trial previously set for 3/13/2023 is continued to 3/27/2023 at 08:30 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg.**<br><br>**Pretrial Conference previously set for 2/22/2023 is continued to 3/8/2023 at 10:00 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg.**<br><br>**Signed by Chief Judge Richard Seeborg on 12/29/2022.**<br><br>**(cl, COURT STAFF) (Filed on 12/29/2022)**<br><br>**(Entered: 12/29/2022)** |
| 01/13/2023 | 239 | NOTICE OF ATTORNEY APPEARANCE Maya Beth Karwande appearing for USA. (Karwande, Maya) (Filed on 1/13/2023) (Entered: 01/13/2023) |
| 02/09/2023 | 242 | CLERK'S NOTICE SCHEDULING STATUS HEARING as to Stephen Silverman. |

| | | |
|---|---|---|
| | | Status Conference set for 2/14/2023 09:30 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)*<br><br>(cl, COURT STAFF) (Filed on 2/9/2023)<br><br>(Entered: 02/09/2023) |
| 02/09/2023 | 243 | CLERKS NOTICE RESETTING THE TIME ON STATUS HEARING AND SETTING ZOOM HEARING AS TO STEPHEN SILVERMAN. Status Conference set for 2/14/2023 AT 03:00 PM (PREVIOUSLY AT 9:30 AM) in San Francisco, - Videoconference Only before Judge Richard Seeborg. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/rs<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Filed on 2/9/2023) Modified on 2/9/2023 (cl, COURT STAFF). (Entered: 02/09/2023) |
| 02/13/2023 | 244 | MOTION to Continue *Trial* by Stephen Silverman. Motion Hearing set for 2/14/2023 03:00 PM in San Francisco, - Videoconference Only before Judge Richard Seeborg. (Attachments: # 1 Declaration of Stephen Silverman and Exhibit A Thereto, # 2 Declaration of Counsel in Support)(Bourassa, Marcus) (Filed on 2/13/2023) (Entered: 02/13/2023) |
| 02/13/2023 | 245 | RESPONSE to Motion by USA as to Stephen Silverman re 244 MOTION to Continue *Trial* (Attachments: # 1 Exhibit Judge Tigar order dated Dec. 6, 2022)(Tartakovsky, Joseph) (Filed on 2/13/2023) (Entered: 02/13/2023) |
| 02/14/2023 | 246 | NOTICE OF ATTORNEY APPEARANCE Donovan Miguel McKendrick appearing for USA. (McKendrick, Donovan) (Filed on 2/14/2023) (Entered: 02/14/2023) |
| 02/14/2023 | 247 | Minute Entry for proceedings held before Judge Richard Seeborg: Motion Hearing/Status Conference as to Stephen Silverman held via Zoom on 2/14/2023<br><br>Defendant's Motion to Continue Trial is Granted.<br><br>Jury Selection/Trial previously set for 3/24/2023 is continued to 7/17/2023 at 09:00 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. Parties shall meet and confer re Pretrial Conference and submit stipulation to the Court.<br><br>Total Time in Court 17 minutes.<br>Court Reporter: Marla Knox.<br><br>Government Attorney: Joseph Tartakovsky, Maya Karwande, Donovan McKendrick. |

|  | | |
|---|---|---|
|  |  | Defendant Attorney: Marcus Bourassa, Timothy Scott.<br>Probation Officer: n/a.<br>Pretrial Officer: n/a.<br>Defendant Present: Yes.<br>Defendant in Custody: No.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Filed on 2/14/2023) Modified on 2/14/2023 (cl, COURT STAFF). (Entered: 02/14/2023) |
| 02/17/2023 | 249 | STIPULATION WITH PROPOSED ORDER as to Stephen Silverman *Regarding Continuance of Trial, Pretrial Deadlines, and Independent Medical Examination*. (Bourassa, Marcus) (Filed on 2/17/2023) (Entered: 02/17/2023) |
| 02/17/2023 | 250 | **STIPULATION AND ORDER RE 249 Regarding Continuance of Trial, Pretrial Deadlines, and Independent Medical Examination as to Stephen Silverman.**<br><br>**Jury Selection/Trial set for 7/17/2023 at 09:00 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg.**<br><br>**Pretrial Conference set for 6/28/2023 at 10:00 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg.**<br><br>**Signed by Judge Richard Seeborg on 2/17/2023.**<br><br>**(cl, COURT STAFF) (Filed on 2/17/2023)**<br><br>**(Entered: 02/17/2023)** |
| 04/28/2023 | 251 | MOTION to Withdraw as Attorney by McKenzie Scott PC. by Stephen Silverman. (Attachments: # 1 Declaration of Counsel in Support, # 2 Proposed Order)(Bourassa, Marcus) (Filed on 4/28/2023) (Entered: 04/28/2023) |
| 05/01/2023 | 253 | CLERKS NOTICE SETTING MOTION TO WITHDRAW AS ATTORNEY HEARING BY ZOOM AS TO STEPHEN SILVERMAN.<br><br>Motion Hearing RE [#251] set for 5/15/2023 at 02:30 PM in San Francisco, - Videoconference Only before Judge Richard Seeborg. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/rs<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>Motion Hearing set for 5/15/2023 02:30 PM in San Francisco, - Videoconference Only before Judge Richard Seeborg. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Filed on 5/1/2023) (Entered: 05/01/2023) |

| 05/01/2023 | 254 | AMENDED CLERK'S NOTICE SETTING MOTION TO WITHDRAW ATTORNEY HEARING BY ZOOM as to Stephen Silverman.<br><br>Motion Hearing previously set for 5/15/2023 is continued to 5/16/2023 at 02:30 PM in San Francisco, - Videoconference Only before Judge Richard Seeborg. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/rs<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>Motion Hearing set for 5/16/2023 02:30 PM in San Francisco, - Videoconference Only before Judge Richard Seeborg. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Filed on 5/1/2023) (Entered: 05/01/2023) |
| --- | --- | --- |
| 05/16/2023 | 255 | Minute Entry for proceedings held before Judge Richard Seeborg: Motion Hearing as to Stephen Silverman held on 5/16/2023.<br><br>Total Time in Court 15 minutes.<br>Court Reporter: Summer Fisher.<br><br>(cl, COURT STAFF) (Filed on 5/16/2023) (Entered: 05/16/2023) |
| 05/16/2023 | 256 | **ORDER granting 251 Motion to Withdraw as Attorney. Signed by Chief Judge Richard Seeborg on 5/16/2023. (rslc2, COURT STAFF) (Entered: 05/16/2023)** |
| 05/17/2023 | 257 | CLERK'S NOTICE VACATING PRETRIAL AND JURY TRIAL AND SCHEDULING TRIAL SETTING CONFERENCE BY ZOOM as to Stephen Silverman.<br><br>Pretrial Conference set for June 28, 2023 and Jury Trial set for July 17, 2023 are VACATED.<br><br>Trial Setting Hearing set for June 27, 2023 at 02:30 PM in San Francisco - Videoconference Only before Judge Richard Seeborg.<br><br>This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/rs<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>Trial Setting Hearing set for 6/27/2023 02:30 PM in San Francisco, - Videoconference Only before Judge Richard Seeborg. *(This is a text-only entry generated by the court.* |

| | | |
|---|---|---|
| | | *There is no document associated with this entry.*) (cl, COURT STAFF) (Filed on 5/17/2023) (Entered: 05/17/2023) |
| 05/31/2023 | [258](#) | NOTICE OF ATTORNEY APPEARANCE: Patrick Richard Delahunty appearing for Edvin Ovasapyan, Hakob Kojoyan, Lorik Papyan, Stephen Silverman *Notice of Appearance for Steven Silverman* (Delahunty, Patrick) (Filed on 5/31/2023) (Entered: 05/31/2023) |
| 06/05/2023 | | Attorney update in case as to Stephen Silverman. Attorney Marcus Sean Bourassa and Timothy Allen Scott terminated. (cl, COURT STAFF) (Filed on 6/5/2023) (Entered: 06/05/2023) |
| 06/15/2023 | 259 | CLERK'S NOTICE SETTING ZOOM HEARING AND RESCHEDULING TIME FOR TRIAL SETTING as to Stephen Silverman.<br><br>Trial Setting Hearing set for 6/27/2023 at 03:00 PM (previously 2:30 pm) in San Francisco, - Videoconference Only before Judge Richard Seeborg. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/rs<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Filed on 6/15/2023) (Entered: 06/15/2023) |
| 06/15/2023 | | Set/Reset Hearing as to Defendant Stephen Silverman Trial Setting Hearing set for 6/27/2023 at 03:00 PM in San Francisco, - Videoconference Only before Judge Richard Seeborg. (cl, COURT STAFF) (Filed on 6/15/2023) (Entered: 06/15/2023) |
| 06/27/2023 | 260 | Minute Entry for proceedings held before Judge Richard Seeborg: Trial Setting Hearing as to Stephen Silverman held via Zoom on 6/27/2023.<br><br>All parties consent to proceed by zoom.<br><br>Government's oral motion to unseal grand jury transcripts is granted.<br><br>Jury Selection/Trial set for 1/8/2024 at 09:00 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg.<br><br>Pretrial Conference set for 12/18/2023 at 10:00 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg.<br><br>Total Time in Court 15 minutes.<br>Court Reporter: Scott Coniam.<br><br>Plaintiff Attorney: Joseph Tartakovsky, Donovan McKendrick.<br>Defendant Attorney: Patrick Delahunty.<br><br>Defendant Present: Yes |

| | | |
|---|---|---|
| | | Defendant in Custody: No.<br><br>Excludable Delay: Effective Preparation of Counsel.<br>Begins: 6/27/2023.<br>Ends: 12/18/2023.<br><br>Government to submit exclusion order.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)*<br><br>(cl, COURT STAFF) (Filed on 6/27/2023)<br><br>Modified on 6/27/2023 (cl, COURT STAFF). (Entered: 06/27/2023) |
| 06/29/2023 | 261 | STIPULATION WITH PROPOSED ORDER as to Stephen Silverman *RE: PRETRIAL AND TRIAL DEADLINES FOR CONTINUED TRIAL* filed by USA. (Tartakovsky, Joseph) (Filed on 6/29/2023) (Entered: 06/29/2023) |
| 06/29/2023 | 262 | **ORDER GRANTING 261 STIPULATION RE: PRETRIAL AND TRIAL DEADLINES FOR CONTINUED TRIAL as to Stephen Silverman (4).**<br><br>**Signed by Chief Judge Richard Seeborg on 6/29/2023. (cl, COURT STAFF) (Entered: 06/29/2023)** |
| 10/06/2023 | 265 | CLERK'S NOTICE SCHEDULING CHANGE OF PLEA as to Stephen Silverman.<br><br>Change of Plea Hearing set for 10/10/2023 at 09:30 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Filed on 10/6/2023) (Entered: 10/06/2023) |
| 10/10/2023 | 266 | PLEA AGREEMENT as to Stephen Silverman (cl, COURT STAFF) (Filed on 10/10/2023) (Entered: 10/10/2023) |
| 10/10/2023 | 267 | Minute Entry for proceedings held before Judge Richard Seeborg: Change of Plea Hearing as to Stephen Silverman held on 10/10/2023, Plea entered by Stephen Silverman (4) Guilty Count 3s of the Second Superseding Indictment. Sentencing and Forfeiture Hearing set for 2/16/2024 09:30 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. Court Reporter: Stephen Franklin. (exl, COURT STAFF) (Filed on 10/10/2023) (Entered: 10/10/2023) |
| 01/29/2024 | 269 | CLERK'S NOTICE CONTINUING SENTENCING HEARING as to Stephen Silverman Sentencing previously set for 2/16/2024 is continued to 3/5/2024 at 09:30 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Filed on 1/29/2024) (Entered: 01/29/2024) |
| 02/26/2024 | 273 | CLERK'S NOTICE RESETTING THE TIME ON SENTENCING HEARING as to Stephen Silverman.<br><br>Sentencing set for 3/5/2024 at 02:30 PM (previously 9:30 am) in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Filed on 2/26/2024) (Entered: 02/26/2024) |

| 02/27/2024 | 275 | SENTENCING MEMORANDUM by Stephen Silverman as to Edvin Ovasapyan, Hakob Kojoyan, Lorik Papyan, Stephen Silverman (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)(Delahunty, Patrick) (Filed on 2/27/2024) (Entered: 02/27/2024) |
| --- | --- | --- |
| 02/27/2024 | 276 | SENTENCING MEMORANDUM by USA as to Stephen Silverman (Attachments: # 1 Exhibit A (recording transcripts), # 2 Exhibit B (deposits in Silverman personal bank accounts), # 3 Exhibit C (Silverman AmEx charges over $4000), # 4 Exhibit D (Silverman AmEx charges under $4000), # 5 Exhibit E (Silverman Acct 1854 Debits), # 6 Exhibit F (Silverman Acct 1862 Debits)(Tartakovsky, Joseph) (Filed on 2/27/2024) (Entered: 02/27/2024) |
| 02/29/2024 | 277 | RESPONSE by USA as to Stephen Silverman 275 Sentencing Memorandum, filed by Stephen Silverman (Attachments: # 1 Exhibit A (Osorio, Gonzales, Hizo FBI reports), # 2 Exhibit B (BOP Pelton declaration), # 3 Exhibit C (FBI interviews with Melissa Kieling), # 4 Exhibit D (FBI interview with Priscilla Vilchis))(Tartakovsky, Joseph) (Filed on 2/29/2024) (Entered: 02/29/2024) |
| 03/01/2024 | 278 | RESPONSE by Stephen Silverman as to Edvin Ovasapyan, Hakob Kojoyan, Lorik Papyan, Stephen Silverman *Resp. to Gov. Sent. Memo* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Delahunty, Patrick) (Filed on 3/1/2024) (Entered: 03/01/2024) |
| 03/05/2024 | 279 | Minute Entry for proceedings held before Judge Richard Seeborg: Sentencing hearing continued for 4/2/2024 09:30 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg.<br><br>Total Time in Court 1 hour.<br>Court Reporter: Jennifer Coulthard.<br><br>(cl, COURT STAFF) (Filed on 3/5/2024)<br><br>(Entered: 03/05/2024) |
| 03/05/2024 | 280 | **ORDER REQUESTING SUPPLEMENTAL BRIEFING. Signed by Chief Judge Richard Seeborg on March 5, 2024. (rslc3, COURT STAFF) (Filed on 3/5/2024) (Entered: 03/05/2024)** |
| 03/25/2024 | 281 | MEMORANDUM *(United States' Supplemental Briefing Regarding Forfeiture)* by USA as to Stephen Silverman re 280 Order (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(McKendrick, Donovan) (Filed on 3/25/2024) (Entered: 03/25/2024) |
| 03/25/2024 | 282 | MEMORANDUM *in Response to Request for Supplemental Briefing* by Stephen Silverman as to Edvin Ovasapyan, Hakob Kojoyan, Lorik Papyan, Stephen Silverman (Delahunty, Patrick) (Filed on 3/25/2024) (Entered: 03/25/2024) |
| 03/25/2024 | 283 | MEMORANDUM *with Attachment re Order for Supplemental Briefing* by Stephen Silverman as to Edvin Ovasapyan, Hakob Kojoyan, Lorik Papyan, Stephen Silverman (Attachments: # 1 Declaration of Melissa Kieling)(Delahunty, Patrick) (Filed on 3/25/2024) (Entered: 03/25/2024) |
| 04/02/2024 | 289 | Minute Entry for proceedings held before Judge Richard Seeborg: Sentencing held on 4/2/2024 for Stephen Silverman (4), Count(s) 3s, Time served; supervised release two years. Special assessment $100.00; fine $20,000.00. Governments oral motion to dismiss |

| | | |
|---|---|---|
| | | count 1, 2 is GRANTED. Court Reporter: Raynee Mercado. (lsk, COURT STAFF) (Filed on 4/2/2024) (Entered: 04/04/2024) |
| 04/03/2024 | 285 | **ORDER ON FORFEITURE. Signed by Chief Judge Richard Seeborg on April 3, 2024. (rslc3, COURT STAFF) (Filed on 4/3/2024) (Entered: 04/03/2024)** |
| 04/03/2024 | 286 | **JUDGMENT in a Criminal Case as to Stephen Silverman. Signed by Chief Judge Richard Seeborg on 4/3/2024. (cl, COURT STAFF) (Filed on 4/3/2024) (Entered: 04/03/2024)** |
| 04/03/2024 | 288 | TRANSCRIPT ORDER for proceedings held on 04/02/2024 before Judge Richard Seeborg by USA for Court Reporter Raynee Mercado (McKendrick, Donovan) (Filed on 4/3/2024) (Entered: 04/03/2024) |
| 04/03/2024 | 290 | Abstract of Judgment in the amount of $1497,897.34 as to Stephen Silverman (lsk, COURT STAFF) (Filed on 4/3/2024) (Entered: 04/04/2024) |
| 05/14/2024 | 292 | Transcript of Proceedings as to Stephen Silverman held on April 2, 2024, before Judge Ricahard Seeborg. Court Reporter Raynee H. Mercado, CSR, telephone number 510-565-7228, cacsr8258@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 8/7/2024. (Related document(s) 288 ) (Mercado, Raynee) (Filed on 5/14/2024) (Entered: 05/14/2024) |
| 07/19/2024 | 304 | **ORDER granting 303 Probation 12B - Request to Modify Conditions or Term of Supervision with Consent of Person Under Supervision as to Stephen Silverman (4).**<br><br>**To modify the conditions of supervised release as follows:As directed by the Probation Officer, the offender shall provide to the Probation Officer:**<br><br>**(1) a signed release authorizing credit report inquires**<br>**(2) federal and state income tax returns, and a signed release authorizing their disclosure**<br>**(3) an accurate financial statement, with supporting documentation as to all assets, income, expenses, and liabilities of the offender.**<br><br>**Signed by Chief Judge Richard Seeborg on 7/19/2024. (cl, COURT STAFF) (Entered: 07/19/2024)** |
| 07/19/2024 | 306 | **ORDER 305 Granting Transfer of Jurisdiction - Out, as to Stephen Silverman (4). Signed by Judge Richard Seeborg on 7/19/2024. (cl, COURT STAFF) (Entered: 07/19/2024)** |
| 07/26/2024 | 307 | Transfer of Jurisdiction - Out (Approved by receiving court). Jurisdiction transferred to Central District of California as to Stephen Silverman. Submitted by Probation - Michelle Quilici. I can be contacted at 408-535-5274; michelle_quilici@canp.uscourts.gov for any questions. (Quilici, Michelle) (Filed on 7/26/2024) (Entered: 07/26/2024) |
| 07/26/2024 | 308 | NOTICE OF CRIMINAL CASE TRANSFER.<br><br>Case transfer from California Northern to Central District CA of a Transfer of Jurisdiction as to Stephen Silverman. Your case number is: 2:24-cr-00454-JLS. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov |

| | | |
|---|---|---|
| | | *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* Email notification to Central District CA. (lsk, COURT STAFF) (Filed on 7/26/2024) (Entered: 07/26/2024) |
| 07/29/2024 | 309 | Receipt from Central District CA as to Stephen Silverman (lsk, COURT STAFF) (Filed on 7/29/2024) (Entered: 07/29/2024) |

| | FILED |
|---|---|
| | Mar 30 2022 |
| | Mark B. Busby |
| | CLERK, U.S. DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | SAN FRANCISCO |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

CASE NAME:
**USA V. STEPHEN SILVERMAN**                CASE NUMBER: **CR 18-533 RS**

| | | | |
|---|---|---|---|
| **This Case Under Seal?** | Yes | No ✓ | |
| **Total Number of Defendants:** | 1 ✓ | 2-7 | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ | |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓ | OAK | SJ |
| **Is this a potential high-cost case?** | Yes | No ✓ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ | |
| **Is this a RICO Act gang case?** | Yes | No ✓ | |

**Assigned AUSA
(Lead Attorney):** Alexandra Shepard        Date Submitted: 03/30/2022

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM        SAVE PDF

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

FILED

Mar 30 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

STEPHEN SILVERMAN

DEFENDANT(S).

---

# SECOND SUPERSEDING INDICTMENT

18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud;
18 U.S.C. § 1956(h) – Conspiracy to Commit Laundering of Monetary Instruments;
18 U.S.C. § 371 – Conspiracy to Engage in the Unlawful Wholesale Distribution of Drugs;
18 U.S.C. § 2 – Aiding and Abetting;
18 U.S.C. §§ 981, 982, 21 U.S.C. § 853 & 28 U.S.C. § 2461(c) – Criminal Forfeiture

---

A true bill.

/S/ Foreperson of the Grand Jury

Foreman

Filed in open court this _____30th_____ day of

March, 2022.

Clerk

Chief Magistrate Judge Joseph C. Spero

Bail, $ NO PROCESS

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

**FILED**

Mar 30 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-533 RS |
| Plaintiff, | |
| v. | <u>VIOLATIONS</u>: 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud; 18 U.S.C. § 1956(h) – Conspiracy to Commit Laundering of Monetary Instruments; 18 U.S.C. § 371 – Conspiracy to Engage in the Unlawful Wholesale Distribution of Drugs; 18 U.S.C. § 2 – Aiding and Abetting; 18 U.S.C. §§ 981, 982, 21 U.S.C. § 853 & 28 U.S.C. § 2461(c) – Criminal Forfeiture |
| STEPHEN SILVERMAN | |
| Defendant. | |
| | SAN FRANCISCO VENUE |

## S E C O N D   S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges:

<u>Introductory Allegations</u>

At times relevant to this Indictment:

<u>Overview of the Regulation of the Distribution of Prescription Drugs</u>

1.      The Food and Drug Administration ("FDA") was the federal agency of the United States responsible for administering federal statutes and regulations aimed at protecting the health and safety of United States citizens and residents by ensuring that, among other things, drugs were safe and effective for their intended uses and that the labeling of such drugs bore true, complete, and accurate information before they may be offered and sold in the United States.

SECOND SUPERSEDING INDICTMENT                    1

2.      The FDA enforced the Federal Food, Drug and Cosmetic Act ("FDCA"), as amended by the Drug Supply Chain and Security Act ("DSCSA"), which, among other things, was designed to ensure that drugs sold for human use were safe and effective for their intended uses.

3.      The FDCA defined a "drug" as: (A) articles recognized in the official United States Pharmacopoeia, official Homeopathic Pharmacopoeia of the United States, or official National Formulary, or any supplement to any of them; (B) articles intended for use in the diagnosis, cure, mitigation, treatment, or prevention of disease in man or other animals; (C) articles (other than food) intended to affect the structure or any function of the body of man or other animals; and (D) articles intended for use as a component of any articles specified in clause (A), (B), or (C).

4.      A "prescription drug" was any drug "intended for use by man" which, "(A) because of its toxicity or other potentiality for harmful effects, or the method of its use, or the collateral measures necessary to its use, is not safe for use except under the supervision of a practitioner licensed by law to administer such drugs," or any drug which "(B) is limited by an approved [new drug] application . . . to use under the professional supervision of a practitioner licensed by law to administer such drug."  21 U.S.C. §353(b)(1).

5.      On November 27, 2013, the DSCSA was enacted to better protect the integrity of the nation's drug distribution system.  One of the intended results of the DSCSA was to prevent the practice known as prescription drug diversion.   Under the DSCSA:

        a)      "Wholesale Distribution" meant distribution of a prescription drug to or receipt of a prescription drug by a person other than a consumer or patient, but does not include the lawful dispensing of a prescription drug pursuant to a prescription according to 21 U.S.C. §353(b)(1).

        b)      A "wholesale distributor" of prescription drugs meant a person (other than the manufacturer, a manufacturer's co- licensed partner, a third party logistics provider, or repackager) engaged in wholesale distribution.

        c)      "Authorized" in the case of a wholesale distributor meant having a valid license under State law or 21 U.S.C. § 360eee-2, in accordance with 21 U.S.C. §360eee-1(a)(6).

        d)      "Licensed," in the case of a wholesale distributor, meant having a valid license in

1   accordance under 21 U.S.C. §353(e) or State law.

2   e)      "Transaction history" meant a statement in paper or electronic form that includes

3   the transaction information for each prior transaction going back to the manufacturer of

4   the drug product.

5   f)      "Transaction information" included, among other things, the strength and dosage

6   form of the drug product, the number of containers, the lot number of the drug product,

7   and the business name and address of the persons from whom and to whom ownership is

8   being transferred.

9   g)      "Transaction statement" meant a statement in paper or electronic form that the

10  entity transferring ownership of a drug product is in compliance with certain provisions

11  of the DSCSA.

12  6.      Effective January 1, 2015, the FDCA, as amended by the DSCSA, imposed requirements

13  on wholesale distributors of most prescription drugs, including certain product tracing requirements.

14  Specifically:

15  a)      A wholesale distributor was prohibited from accepting ownership of a product

16  unless the previous owner prior to, or at the time of, the transaction provided the

17  transaction history, transaction information, and a transaction statement for the product.

18  b)      The trading partners of a wholesale distributor may only be authorized trading

19  partners.

20  7.      If a wholesale distributor purchased a product directly from the manufacturer, the

21  exclusive distributor of the manufacturer, or a repackager that purchased directly from the manufacturer,

22  then prior to, or at the time of, each transaction in which the wholesale distributor transferred ownership

23  of a product, the wholesale distributor was required to provide to the subsequent purchaser—

24  a)      a transaction statement, which was required to state that such wholesale

25  distributor, or a member of the affiliate of such wholesale distributor, purchased the

26  product directly from the manufacturer, exclusive distributor of the manufacturer, or

27  repackager that purchased the product directly from the manufacturer; and

28  b)      the transaction history and transaction information.

SECOND SUPERSEDING INDICTMENT                    3

8.      Wholesale distributors of prescription drugs who did not purchase a prescription drug directly from the manufacturer, the exclusive distributor of the manufacturer, or a repackager directly from the manufacturer must have, prior to or at the time of each transaction, provided to the subsequent purchaser a transaction history, transaction information, and transaction statement.  Wholesale distributors were required to capture the transaction information (including lot level information), transaction history, and transaction statements for each transaction described above, and maintain that information, history and statement for not less than six years after the date of the transaction.

The Co-Conspirators and Related Entities

9.      Edvin OVASAPYAN was the owner and operator of Mainspring Distribution, a Pennsylvania limited liability company.  OVASAPYAN resided in the State of California.

10.     Mainspring Distribution ("Mainspring") was a Pennsylvania corporate entity that has been licensed by the Commonwealth of Pennsylvania as a wholesale pharmaceutical distributor.

11.     Hakob KOJOYAN resided in the State of California.

12.     Lorik PAPYAN resided in the State of California.

13.     Defendant Stephen SILVERMAN resided in the State of California.  SILVERMAN was an attorney licensed to practice law in the State of California.

The Conspiracy and Scheme to Defraud

14.     Beginning at a date unknown to the grand jury, but no later than on or about August 20, 2015, and continuing through a date unknown to the grand jury, but to at least on or about March 25, 2019, OVASAPYAN, KOJOYAN, PAPYAN, and SILVERMAN knowingly devised, intended to devise, and carried out a conspiracy and scheme and artifice to defraud as to a material matter, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts and omissions of material facts with a duty to disclose.

As part of the conspiracy and scheme to defraud:

15.     OVASAPYAN, through his control of Mainspring and via other means, including impersonating the identity of licensed suppliers, sold or arranged to be sold large quantities of prescription drugs to retail pharmacies and wholesalers across the United States.  OVASAPYAN and his coconspirators specialized in the distribution of various prescription drugs used to treat the Human

1  Immunodeficiency Virus ("HIV").  OVASAPYAN, KOJOYAN, PAPYAN, and others known and

2  unknown to the Grand Jury generated false and misleading documentation claiming that the HIV drugs

3  they sold, including through Mainspring, had been acquired in compliance with federal law from

4  authorized trading partners who were licensed, legitimate suppliers.

5       16.    Prior to creating Mainspring, OVASAPYAN and his coconspirators created records

6  falsely suggesting that their operation was licensed.  More specifically, they stole the identity of a

7  licensed prescription drug wholesaler (hereinafter, the "FIRST LICENSED SUPPLIER") in order to

8  create the false impression that their operations were legitimate.

9       17.    Once Mainspring was operational, OVASAPYAN, KOJOYAN, PAPYAN, and their

10  coconspirators identified a second licensed wholesaler in California (hereinafter, the SECOND

11  LICENSED SUPPLIER) and then created paperwork falsely representing that Mainspring's supply of

12  prescription drugs had been acquired from the SECOND LICENSED SUPPLIER.  In reality,

13  Mainspring had never acquired any prescription drugs from the SECOND LICENSED SUPPLIER, and

14  the drugs sold under that name had in fact been acquired from unlicensed sources on the black market.

15       18.    In particular, when Mainspring sold prescription drugs to its customers, it provided those

16  customers with documentation purporting to be the required transaction information, transaction

17  statements, and transaction histories (collectively, "Transaction Documentation").  Provision of such

18  documentation was required by the DSCSA.  Since on or about February 2017, and continuing through

19  approximately November 2018, the vast majority of the Transaction Documentation for Mainspring's

20  sales, prepared in connection with certain transactions, represented that a particular supplier (hereinafter,

21  "SUPPLIER ONE"), was the source from which Mainspring had acquired the drug.  That Transaction

22  Documentation was materially false and misleading.

23       19.    The listed name for SUPPLIER ONE on the Transaction Documentation prepared in

24  connection with certain transactions was misleadingly similar to the name of the SECOND LICENSED

25  SUPPLIER, and it created the false impression that the prescription drugs in question had, in fact, been

26  supplied by the SECOND LICENSED SUPPLIER.  The Transaction Documentation buttressed this

27  false impression by also listing the SECOND LICENSED SUPPLIER's business address in the State of

28  California.  Customers reviewing the Transaction Documentation purporting to identify the source of the

prescription drugs would therefore see a name confusingly similar to the SECOND LICENSED SUPPLIER, in addition to the business address for the SECOND LICENSED SUPPLIER.  In reality, the vast majority of the prescription drugs sold by Mainspring were acquired from other sources that were never disclosed to customers or reflected in the Transaction Documentation.  In most instances, these prescription drugs were unlawfully acquired from unlicensed individuals operating in the State of California.

20.     OVASAPYAN, KOJOYAN, and PAPYAN communicated frequently during the course of the conspiracy, and KOJOYAN and PAPYAN knowingly participated in the scheme to mislead customers into believing that Mainspring's supply of prescription drugs was legitimate.  KOJOYAN and OVASAPYAN monitored the licensure status for the SECOND LICENSED SUPPLIER, and in the event the license for the SECOND LICENSED SUPPLIER became inactive, OVASAPYAN and KOJOYAN would cease sales activity until the license was reactivated.

21.     As a further part of the conspiracy and the scheme to defraud, OVASAPYAN, KOJOYAN, and others established and caused to be established shell companies with names deceptively similar to the SECOND LICENSED SUPPLIER.  OVASAPYAN and KOJOYAN then established and caused to be established bank accounts held in those deceptively similar corporate names.  In order to conceal the fraud, OVASAPYAN and KOJOYAN arranged for Mainspring to transfer funds to these deceptively named accounts in order to create banking records superficially consistent with financial transfers to a legitimate, SECOND LICENSED SUPPLIER.  However, Mainspring never transferred any funds to any bank account controlled by the SECOND LICENSED SUPPLIER, and it otherwise never did any business with the SECOND LICENSED SUPPLIER.  In reality, the funds transferred from Mainspring to the accounts established by KOJOYAN and others were often liquidated and returned as proceeds to the coconspirators, or else transferred to other bank accounts.  Only a very small portion of the funds acquired by Mainspring from its customers was ever sent to licensed prescription drug wholesalers.  Over the course of the scheme, Mainspring was paid more than $70,000,000 by its customers.

22.     SILVERMAN was member of the scheme and he joined the conspiracy knowing its illicit nature and intending to help further the conspiracy.  Beginning prior to Mainspring's operation, when

SECOND SUPERSEDING INDICTMENT          4

1  OVASAPYAN and his co-conspirators used similar means to further their fraudulent scheme,

2  SILVERMAN used bank accounts under his control to launder the proceeds of OVASAPYAN's

3  scheme.  In that same period, he assisted OVASAPYAN in generating false documents to quell concerns

4  raised by certain of OVASAPYAN's customers.  SILVERMAN and OVASPAYAN communicated

5  frequently via email and other means, and SILVERMAN agreed to and did ghostwrite communications

6  in furtherance of the scheme at OVASAPYAN's request.  SILVERMAN assisted in financing the

7  scheme in its early stages, obtained necessary licenses to further the scheme, established or caused to be

8  established corporate entities and associated bank accounts, and received a portion of the profits once

9  the scheme was operational.

10      23.    As a further part of the conspiracy and the scheme to defraud, PAPYAN and

11  SILVERMAN sought to continue the scheme to defraud after Mainspring ceased operations in or about

12  November 2018.  PAPYAN, SILVERMAN, and others known and unknown to the Grand Jury,

13  participated in negotiations and preliminary steps in early 2019 to use a licensed prescription drug

14  wholesaler in the State of Washington to distribute large quantities of diverted prescription drugs.

15  PAPYAN took steps to generate misleading business records regarding the new drug wholesaler and

16  acquired a large supply of diverted prescription drugs to be distributed via that wholesaler.  With

17  knowledge of the scheme, SILVERMAN offered advice regarding avoiding detection by law

18  enforcement and assisted his coconspirators with acquiring certain state licenses to further the scheme.

19      24.    In the course of the conspiracy, the coconspirators caused email messages to be sent from

20  individuals in and around Los Angeles, California, to an unwitting Mainspring employee working in

21  Pennsylvania.  The coconspirators also caused various financial transfers, representing payments made

22  by customers to Mainspring in exchange for prescription drugs, to be made between customers in

23  various states, such as New York, and the Mainspring bank account, which was controlled from in and

24  around Los Angeles, California.

25  COUNT ONE:        (18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud)

26      25.    Paragraphs 1 through 22 of this Indictment are re-alleged and incorporated as if fully set

27  forth here.

28      26.    Beginning on a date unknown, no later than on or about August 20, 2015, and continuing

SECOND SUPERSEDING INDICTMENT        5

to a date unknown, but through at least on or about March 25, 2019, in the Northern District of

California and elsewhere, the defendant,

STEPHEN SILVERMAN

and others known and unknown did knowingly conspire to devise and intend to devise a scheme and

artifice to defraud as to a material matter, and to obtain money and property by means of materially false

and fraudulent pretenses, representations, and promises, and by concealment of material facts and

omissions of material facts with a duty to disclose, and, for the purpose of executing such scheme and

artifice to defraud, to transmit and cause the transmission of wire communications in interstate

commerce, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1349.

COUNT TWO:          (18 U.S.C. § 1956(h) – Conspiracy to Commit Laundering of Monetary
                    Instruments)

27.    Paragraphs 1 through 24 of this Indictment are re-alleged and incorporated as if fully set

forth here.

28.    Beginning at a date unknown to the grand jury, but no later than on or about August 20,

2015, and continuing to a date unknown to the grand jury, but to at least on or about March 25, 2019, in

the Northern District of California and elsewhere, the defendant,

STEPHEN SILVERMAN

and others known and unknown, unlawfully and knowingly conspired together and with one another to

violate Title 18, United States Code, Section 1956(a)(1).

29.    It was a part and an object of the conspiracy that the defendant, and others known and

unknown to the grand jury, with the intent to promote the carrying on of specified unlawful activity and

to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified

unlawful activity, to wit, conspiracy to commit wire fraud in violation of Title 18, United States Code,

Section 1349, unlawfully and knowingly, and knowing that property involved in a financial transaction

represents the proceeds of some form of unlawful activity, would and did conduct and attempt to

conduct financial transactions which in fact involved the proceeds of specified unlawful activity, in

1  violation of Title 18, United States Code, Section 1956(a)(1).

2      All in violation of Title 18, United States Code, Section 1956(h).

3  COUNT THREE:      (18 U.S.C. § 371 – Conspiracy to Engage in the Unlawful Wholesale
4                    Distribution of Drugs)

5      30.    Paragraphs 1 through 27 of this Indictment are re-alleged and incorporated as if fully set
6  forth here.

7      31.    Beginning at a date unknown to the grand jury, but no later than on or about August 20,
8  2015, and continuing to a date unknown to the grand jury, but to at least on or about March 25, 2019, in
9  the Northern District of California and elsewhere, the defendant,

10                          STEPHEN SILVERMAN

11 and others known and unknown, did knowingly and intentionally conspire to:

12      a)    knowingly engage in the unlicensed wholesale distribution of prescription drugs
13 in interstate commerce, in violation of Title 21, United States Code, Sections 331(t),
14 353(e)(1)(A), 333(b)(1)(D);

15      b)    engage in the wholesale distribution of prescription drugs without obtaining and
16 providing truthful and accurate transaction histories, transaction statements, and
17 transaction information, with intent to defraud and mislead, in violation of Title 21,
18 United States Code, Sections 331(t), 360eee-1(c), and 333(a)(2); and

19      c)    defraud the United States and its agencies by impeding, impairing, and defeating
20 the lawful functions of the Food and Drug Administration to protect the health and safety
21 of the public by ensuring that prescription drugs distributed in the United States were safe
22 and effective from the time of manufacturing to the delivery to the entity that sells or
23 dispenses the product to the ultimate consumer or patient.

24                              Overt Acts

25      32.    In furtherance of the conspiracy, and to effect the illegal objects thereof, the following
26 overt acts, among others, were committed in the Northern District of California and elsewhere:

27      a)    On or about March 16, 2018, $42,000 was transferred from an account held in the

28 SECOND SUPERSEDING INDICTMENT        7

name of Mainspring Distribution to an account held in the name of an entity domiciled in San Mateo, California.

      b)     On or about April 5, 2018, $15,000 was transferred from an account held in the name of Mainspring Distribution to an account held in the name of an entity domiciled in San Mateo, California.

      c)     In or about January 2016, SILVERMAN drafted false and misleading correspondence designed to quell concerns raised by one of the conspiracy's customers.

      d)     On or about September 26, 2017, the co-conspirators caused Transaction Documentation to be generated for a customer that falsely and fraudulently misrepresented the source of prescription drug products.

      e)     On or about March 25, 2019, a quantity of diverted prescription drugs was delivered to an address in North Hollywood, California, with the intent that they be shipped to a prescription drug wholesale distributor in the State of Washington.

All in violation of Title 18, United States Code, Section 371.

FORFEITURE ALLEGATION:     (18 U.S.C. §§ 981, 982, 21 U.S.C. § 853 & 28 U.S.C. § 2461(c) – Criminal Forfeiture)

    33.    All of the allegations contained in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Section § 853, and Title 28, United States Code, Section 2461(c).

    34.    Upon a conviction for any offense alleged in Count One of this Indictment, the defendant,

STEPHEN SILVERMAN

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property, real or personal, constituting or derived from proceeds defendant obtained directly and indirectly as the result of the violation, including but not limited to a forfeiture money judgment.

    35.    Upon a conviction for any offense alleged in Count Two of this Indictment, the defendant,

STEPHEN SILVERMAN

1    shall forfeit to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C), 982(a), and 28 U.S.C.

2    § 2461(c), all property, real or personal, involved in or traceable to the violation, or constituting or

3    derived from proceeds traceable directly and indirectly to a violation, including but not limited to a

4    forfeiture money judgment.

5          36.    Upon a conviction for any offense alleged in Count Three of this Indictment, the

6    defendant,

7    STEPHEN SILVERMAN

shall forfeit to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(7), and 28 U.S.C.

8    § 2461(c), all property, real or personal, that constitutes or is derived, directly or indirectly, from the

9    gross proceeds traceable to the commission of the offense, including but not limited to a forfeiture

10   money judgment.

11         37.    If any of the aforementioned property, as a result of any act or omission of the

12   defendant –

13           a.    cannot be located upon the exercise of due diligence;

14           b.    has been transferred or sold to, or deposited with, a third person;

15           c.    has been placed beyond the jurisdiction of the Court;

16           d.    has been substantially diminished in value; or

17           e.    has been commingled with other property that cannot be divided without

18               difficulty;

19   any and all interest the defendant has in other property shall be vested in the United States and

20   forfeited to the United States pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982 and

21   United States Code, Section 2461(c).

22         All in violation of Title 18, United States Code, Sections 981 and 982; Title 21, United States

23   Code, Section § 853; Title 28, United States Code, Section 2461(c); and Rule 32.2 of the Federal Rules

24   //

25   //

26   //

27   //

28

of Criminal Procedure.

DATED: 3/30/2022                                    A TRUE BILL


                                                 _____/s/_____
                                                 FOREPERSON

STEPHANIE M. HINDS
United States Attorney

_____/s/_____
ALEXANDRA SHEPARD
ANDREW F. DAWSON
Assistant United States Attorneys

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

### OFFENSE CHARGED

Ct 1: 18 U.S.C. 1349 - Conspiracy to Commit Wire Fraud
Ct 2: 18 U.S.C. 1956(h) - Money Laundering Conspiracy
Ct 3: 18 U.S.C. 371 - Conspiracy to Engage in the
Unlawful Wholesale Distribution of Drugs

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:   See Attachment

**DEFENDANT - U.S**

STEPHEN SILVERMAN

DISTRICT COURT NUMBER

CR 18-533

**FILED**

Mar 30 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form     STEPHANIE M. HINDS

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Alexandra Shepard

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed

DATE OF ARREST     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY     Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

_____

Date/Time: _____   Before Judge: _____

Comments:

**Attachment A to AO 91**

**UNITED STATES v. STEPHEN SILVERMAN**

| Count 1: 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud |
|---|

Maximum Penalties:
> 20 years in prison
> $250,000 fine, or twice the gross gain or loss
> 3 years' supervised release
> $100 special assessment
> Forfeiture
> Potential deportation

| Count 2: 18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering |
|---|

Maximum Penalties:
> 20 years in prison
> $500,000 fine or twice the value of the property involved in the transaction
> 3 years' supervised release
> $100 special assessment
> Forfeiture
> Potential deportation

| Count 3: 18 U.S.C. § 371 – Conspiracy to Engage in the Unlawful Wholesale Distribution of Drugs |
|---|

Maximum Penalties:
> 5 years in prison
> $250,000 fine or twice the value of the property involved in the transaction
> 3 years' supervised release
> $100 special assessment
> Forfeiture
> Potential Deportation

AO 245B (Rev. AO 09/19-CAN 12/19) Judgment in Criminal Case

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| **v.** | ) | |
| Stephen Silverman | ) | USDC Case Number:  CR-18-00533-004 RS |
| | ) | BOP Case Number:  DCAN318CR00533-004 |
| | ) | USM Number:  78631-112 |
| | ) | Defendant's Attorney: Patrick Richard Delahunty (Retained) |

**THE DEFENDANT:**

☑ pleaded guilty to count: <u>Three of the Second Superseding Indictment.</u>

☐ pleaded nolo contendere to count(s): _____ which was accepted by the court.

☐ was found guilty on count(s): _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 and 21 U.S.C. §§ 331(t), 333(b)(1)(D), and 353(e)(1) | Conspiracy to Engage in the Unlawful Wholesale Distribution of Drugs | March 25, 2019 | Three |
| | | | |
| | | | |
| | | | |

The defendant is sentenced as provided in pages 2 through  8  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s): _____

☑ Counts <u>One and Two</u>  are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

4/2/2024
_____
Date of Imposition of Judgment

_____
Signature of Judge

The Honorable Richard Seeborg
<u>Chief United States District Judge</u>
Name & Title of Judge

4/3/2024
_____
Date

AO 245B (Rev. AO 09/19-CAN 12/19) Judgment in Criminal Case

DEFENDANT:  Stephen Silverman                                                    Judgment - Page 2 of 8
CASE NUMBER:  CR-18-00533-004 RS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
        Time Served.

The appearance bond is hereby exonerated, or upon surrender of the defendant as noted below.  Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

☐      The Court makes the following recommendations to the Bureau of Prisons:

☐      The defendant is remanded to the custody of the United States Marshal.

☐      The defendant shall surrender to the United States Marshal for this district:

        ☐      at _____ am/pm on _____ (no later than 2:00 pm).

        ☐      as notified by the United States Marshal.

☐      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ☐      at _____ am/pm on _____ (no later than 2:00 pm).

        ☐      as notified by the United States Marshal.

        ☐      as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ , with a certified copy of this judgment.

_____
                              UNITED STATES MARSHAL

By _____
                              DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. AO 09/19-CAN 12/19) Judgment in Criminal Case

DEFENDANT:  Stephen Silverman                                                      Judgment - Page 3 of 8
CASE NUMBER:  CR-18-00533-004 RS

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: <u>Two years.</u>

## MANDATORY CONDITIONS OF SUPERVISION

1)     You must not commit another federal, state or local crime.

2)     You must not unlawfully possess a controlled substance.

3)     You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4) ☐   You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

5) ☑   You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6) ☐   You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

7) ☐   You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. AO 09/19-CAN 12/19) Judgment in Criminal Case

DEFENDANT:  Stephen Silverman                                                                    Judgment - Page 4 of 8
CASE NUMBER:  CR-18-00533-004 RS

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court, and bring about improvements in your conduct and condition.

1)      You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of RELEASE, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2)      After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3)      You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4)      You must follow the instructions of the probation officer related to the conditions of supervision.
5)      You must answer truthfully the questions asked by your probation officer.
6)      You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with, for example), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
7)      You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by these and the special conditions of your supervision that he or she observes in plain view.
8)      You must work at least part-time (defined as 20 hours per week) at a lawful type of employment unless excused from doing so by the probation officer for schooling, training, community service or other acceptable activities. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
9)      You must not communicate or interact with someone you know is engaged in criminal activity. You must not associate, communicate, or interact with any person you know has been convicted of a felony, unless granted permission to do so by the probation officer.
10)    If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
11)    You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12)    You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

☐      If the probation officer determines that you pose a risk to a third party, the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk. *(check if applicable)*

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions.  I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision upon a finding of a violation of probation or supervised release.

(Signed)  _____          _____
                    Defendant                                                                Date

              _____          _____
                    U.S. Probation Officer/Designated Witness                       Date

AO 245B (Rev. AO 09/19-CAN 12/19) Judgment in Criminal Case

DEFENDANT:  Stephen Silverman                                                                 Judgment - Page 5 of 8
CASE NUMBER:  CR-18-00533-004 RS

## SPECIAL CONDITIONS OF SUPERVISION

1.     You must participate in the Location Monitoring Program as directed by the probation officer for a period of 728 days, and be monitored by location monitoring technology at the discretion of the probation officer. Location monitoring must be utilized to verify your compliance with home detention while on the program. You are restricted to your residence at all times except for employment, education, religious services, medical appointments, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities pre-approved by the probation officer. You must pay all or part of the costs of the program based upon your ability to pay as determined by the probation officer.

2.     You must undergo an assessment for mental health treatment services. If services are deemed appropriate, any fees associated with this program are waived.

3.     You must not have contact with any codefendant in this case, namely Edvin Ovasapyan, Hakob Kojovan and Lorik Papyan.

4.     You must submit your person, residence, office, vehicle, electronic devices and their data (including cell phones, computers, and electronic storage media), or any property under your control to a search. Such a search must be conducted by a United States Probation Officer or any federal, state or local law enforcement officer at any time with or without suspicion. Failure to submit to such a search may be grounds for revocation. You must warn any residents that the premises may be subject to searches.

AO 245B (Rev. AO 09/19-CAN 12/19) Judgment in Criminal Case

DEFENDANT: Stephen Silverman                                    Judgment - Page 6 of 8
CASE NUMBER: CR-18-00533-004 RS

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

| | Assessment | Fine | Restitution | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $100.00 | $20,000 | N/A | N/A | N/A |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTALS | $  0.00 | $  0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the fine/restitution.

☐ the interest requirement is waived for the fine/restitution is modified as follows:

_____

---

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. AO 09/19-CAN 12/19) Judgment in Criminal Case

| | |
|---|---|
| DEFENDANT:  Stephen Silverman | Judgment - Page 7 of 8 |
| CASE NUMBER:  CR-18-00533-004 RS | |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows*:

**A** ☐ Lump sum payment of _____ due immediately, balance due

      ☐ not later than _____ , or

      ☐ in accordance with   ☐ C,   ☐ D, or  ☐ E, and/or   ☐ F below); or

**B** ☐ Payment to begin immediately (may be combined with  ☐ C,   ☐ D, or  ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:
**It is further ordered that the defendant shall pay to the United States a special assessment of $100 and a fine in the amount of $20,000. While on supervised release, the fine must be paid in monthly payments of not less than $25 or at least 10 percent of earnings, whichever is greater, to commence no later than 60 days from placement on supervision. Notwithstanding any payment schedule set by the court, the United States Attorney's Office may pursue collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3664(m). Fine payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102, or via the pay.gov online payment system.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s): _____

☑ The defendant shall forfeit the defendant's interest in the following property to the United States: Forfeiture money in the amount of $1,197,897.34.

---

* Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

AO 245B (Rev. AO 09/19-CAN 12/19) Judgment in Criminal Case

| DEFENDANT:  Stephen Silverman | Judgment - Page 8 of 8 |
| --- | --- |
| CASE NUMBER:  CR-18-00533-004 RS | |

☐    The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future, **but such future orders do not affect the defendant's responsibility for the full amount of the restitution ordered.**